# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146846(64)(66)(68)

LOREN D. MOHNEY,
       Plaintiff-Appellee,

v

       SC: 146846
       COA: 303797
       MCAC: 06-000101

AMERICAN INTERNATIONAL GROUP and
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA,
       Defendants-Appellants,
and

SECOND INJURY FUND,
       Defendant-Appellee.

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The motion for reconsideration of this Court's June 21, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to vacate is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013
                           Clerk

d1021